**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 16, 2009

Charles R. Fulbruge III
Clerk

No. 08-50272
c/w No. 08-50274
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LARRY WAYNE NORWOOD

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 3:01-CR-640-1 and
USDC No. 3:02-CR-838-ALL

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Larry Wayne Norwood in the revocation of his two terms of supervised release has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Norwood has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.